UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>          Plaintiff,<br><br>     v.<br><br>MARGRET HOSFEDITU, et al.,<br><br>          Defendants. | Case No.  16-cv-01562-HSG<br><br>**ORDER VACATING JUNE 28, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 16 |

On June 24, 2016, Defendants filed a case management statement informing the Court that they have been unable to meet and confer with pro se Plaintiff Michael Dunn given the limited time between completion of service and the date of the initial case management conference.  Dkt. No. 16.  Plaintiff did not submit a case management statement.

The Court hereby VACATES the case management conference previously set for June 28, 2016.  The case management conference is rescheduled to August 16, 2016 at 2:00 p.m.  The parties' joint case management statement will be due on August 9, 2016.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge