UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL DUNN, | |
|---|---|
| Plaintiff, | Case No. 16-cv-01562-HSG |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| MARGRET HOSFEDITU, et al., | |
| Defendants. | Re: Dkt. No. 19 |

Pro se Plaintiff Michael Dunn has requested a telephonic appearance at the August 16, 2016, initial case management conference. Dkt. No. 19.

The Court hereby GRANTS Plaintiff's request to appear telephonically on August 16, 2016. Plaintiff shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: 8/15/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge