UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DUNN,

   Plaintiff,

  v.

MARGRET HOSFEDITU, et al.,

   Defendants.

Case No. 16-cv-01562-HSG

**ORDER REGARDING BRIEFING SCHEDULE**

The parties participated in an ADR phone conference on September 19, 2016, but were unable to agree on an ADR process. *See* Dkt. No. 28. Accordingly, the Court sets the following briefing schedule:

| Event | Date |
|---|---|
| Deadline for Defendants to File a Rule 12 Motion | November 14, 2016 |
| Deadline for Plaintiff to File an Opposition to Defendants' Rule 12 Motion | December 2, 2016 |
| Deadline for Defendants to File a Reply in Support of Rule 12 Motion | December 9, 2016 |
| Hearing on Defendants' Rule 12 Motion | December 22, 2016 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: October 4, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DUNN,<br><br>        Plaintiff,<br><br>   v.<br><br>MARGRET HOSFEDITU, et al.,<br><br>        Defendants. | Case No. 16-cv-01562-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Dunn
P.O. Box 1468
Laytonville, CA 95454

Dated: October 4, 2016

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Nikki D. Riley, Deputy Clerk to the
                                            Honorable HAYWOOD S. GILLIAM, JR.